UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NUMBER 15-0058-01** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **VACARRA ROGERS** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 95] having been considered, together with the written objections and response to objections filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that the Motion to Suppress, as supplemented [Doc. Nos. 51 & 84], filed by Defendant Vacarra Rogers is hereby DENIED.

MONROE, LOUISIANA, this 16th day of November, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE